**CT**
COMMUNICATIONS
*Local & Reliable Connections.*

EXHIBIT A
Pg 1 of 2

## Blue Jacket Dairy/King

**Brian Gianangeli** <Brian.Gianangeli@mifsudlaw.com>                    Thu, Aug 7, 2014 at 11:33 AM
To: "Steven R Fansler Atty." <sfanslerlaw@ctcn.net>

Steve,

The BWC reports have been processed. Attached is an updated spreadsheet with the amount due. Each particular category is broken down on a tab, and the final tab summarizes the total, $37,133.92. Of this amount, we would be able to waive $1,050.62 and settle the accounts on this spreadsheet for $36,083.30.

Brian

**From:** Brian Gianangeli
**Sent:** Wednesday, July 23, 2014 2:12 PM
**To:** 'Steven R Fansler Atty.'
**Subject:** RE: Blue Jacket Dairy/King

Steve – I am having all of the reports processed at BWC. I should have a new balance for you next week.

Brian

**From:** Steven R Fansler Atty. [mailto:sfanslerlaw@ctcn.net]
**Sent:** Thursday, July 17, 2014 4:47 PM
**To:** Brian Gianangeli
**Subject:** Blue Jacket Dairy/King

Dear Brian:

[Quoted text hidden]

📎 **Collect - Blue Jacket Dairy LLC - Account Breakdown (ALL).xls**
   57K

Case 2:09-bk-53407   Doc 92-1   Filed 08/27/14   Entered 08/27/14 09:34:41   Desc
Exhibit A - State of Ohio accounts   Page 2 of 2

EXHIBIT A

Pg 2 of 2

| DEBTOR - TAX | TOTAL |
|---|---|
| BJD - BWC | $19,609.11 |
| BJD - ST | $64.84 |
| BJD - WHT | $1,037.67 |
| BJDIC - BWC | $3,961.39 |
| BJDIC - ST | $1,267.07 |
| KING - PIT | $8,263.25 |
| KING - CAT | $898.99 |
| KING - OSU | $2,031.60 |
| **TOTAL** | **$37,133.92** |