**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Charles M. Caldwell
United States Bankruptcy Judge

**Dated: May 1, 2015**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| In re: | : |
| | : |
| James R. King | : Case No.: 09-53407 |
| Angela M. King FKA Angela M | : Chapter 12 |
| Fessler | : Judge Charles M Caldwell |
| | : * * * * * * * * * * * * * * * * * * * * * * * |
| Debtor(s). | : |
| | : |

**AGREED ORDER TO RESOLVE MOTION TO DISMISS (DOCKET # 87) AND
MOTION TO MODIFY AND COMPLETE CHAPTER 12
PLAN OF REORGANIZATION (DOCKET # 92)**

This matter having come before the Court on the Trustee's Motion to Dismiss Debtor(s)/Case at Docket # 87, and the Motion to Modify and Complete Chapter 12 Plan of Reorganization at Docket # 92 and the response thereto filed by Nationstar Mortgage LLC ("Creditor") at Docket # 95 (the "Motions") . Because it appears to the Court that the parties have agreed to a course of action; and because the Court being otherwise fully advised in the premises, the Court hereby issues the following Order with respect to the above motions:

14-004839_SCS2

1. The Chapter 12 Trustee's Motion to Dismiss shall be held in abeyance to provide Debtors with the opportunity to complete this Chapter 12 Plan as follows.

2. Creditor has offered Debtor the opportunity to modify the loan that is the basis for the first lien on 1434 County Rd 11, Bellefontaine, OH 43311. If Debtor accepts the trial modification consistent with the terms of the offer, Debtor shall move for approval of said modification by filing a Motion to Approve Loan Modification no later than 30 days after receiving the final modification document.

3. Within 30 days of obtaining the Court's approval on the Motion to Approve Loan Modification, Debtors shall file a Motion to Modify Chapter 12 Plan providing for a structure for the payment of all priority claims as filed herein and a distribution to unsecured creditors.

4. In the event Debtors fail to either file a Motion to Approve Loan Modification no later than 30 days after receiving a final modification document from Nationstar Mortgage, LLC or Debtors fail to file a Motion to Modify Chapter 12 Plan no later than 30 days after obtaining the Court's approval on said Motion to Approve Loan Modification, the Trustee shall be authorized to submit to the Court an order of dismissal with an attached affidavit attesting to the default under this Agreed Order. Upon submission of the Trustee's proposed order of dismissal and affidavit of default, the Motion to Dismiss will be granted instanter without further notice or hearing.

5. Debtor's Motion to Modify is hereby withdrawn.

**SO ORDERED.**

**SUBMITTED BY:**

Edward H. Cahill by email authority – DTP (0076375)
Edward H. Cahill (0088985)
P.O. Box 165028
Columbus, OH  43216-5028
Telephone:  614-220-5611
Fax:  614-627-8181
Email:  ehc@manleydeas.com
Attorney for Creditor


Steven R. Fansler by telephone authority – DTP (0076375)
Steven R. Fansler (0000644)
 212 N. Detroit Street
P.O. Box 764
West Liberty, OH  43357
Telephone:  937-465-5056
Fax:  937-465-9880
Email:  sfanslerlaw@ctcn.net
Attorney for Debtors


Frank M. Pees by DTP (0076375)
Frank M. Pees
Chapter 13 Trustee
130 East Wilson Bridge Road
Suite 200
Worthington, OH  43085
Telephone: 614-436-6700
Fax:  614-436-0190
Email: trustee@ch13.org

Copies to: Default list plus additional parties

Edward H. Cahill
Attorney for Creditor
P.O. Box 165028
Columbus, OH  43216-5028
(Notified by ECF)

Logan County Treasurer
Party of Interest
100 South Mad River Street
Bellefontaine, OH  43311
(Notified by U.S. Mail)

Countrywide
Party of Interest
P. O. Box 10229
Van Nuys, CA  91410
(Notified by U.S. Mail)

###